IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>        Plaintiff,<br><br>   v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and HALO BRANDED SOLUTIONS, INC.,<br><br>        Defendants. | Civil Action No. 1:21-cv-0003 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Anthony Hammond Murphy and Defendants Volkswagen Group of America, Inc., and Halo Branded Solutions, Inc., by and through their respective counsel, hereby advise the Court that they have reached an agreement in principle to resolve this dispute. The parties are finalizing agreement and dismissal documents and expect to file the dismissal papers on or before April 18, 2021.

Respectfully submitted,

**LAWRENCE H. FISHER, ESQ.**

*/s/ Lawrence H. Fisher*                    .
Lawrence H. Fisher
One Oxford Centre
301 Grant Street, Suite 4300
Pittsburgh, PA 15219
Lawfirst@lawrencefisher.com
Tel: (412) 577-4040

*Attorney for Plaintiff*

Dated: April 5, 2021

**SEYFARTH SHAW, LLP**

/s/ Kristina M. Launey
Kristina M. Launey
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
klauney@seyfarth.com
T: (916) 448-0159

*Attorneys for Defendants*